Christopher Sproul (Cal. Bar No. 126398)
Marla Fox (Cal. Bar No. 349813
ENVIRONMENTAL ADVOCATES
5135 Anza Street
San Francisco, California 94121
Telephone: (415) 533-3376
Facsimile: (415) 358-5695
Email: csproul@enviroadvocates.com
Email: mfox@enviroadvocates.com

Attorneys for Plaintiff
ECOLOGICAL RIGHTS FOUNDATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ECOLOGICAL RIGHTS FOUNDATION, a non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES FISH AND WILDLFIE SERVICE,<br><br>Defendant. | Civil Case Nos. 26-cv-3061-TSH, 26-cv-7858-TSH<br><br>**JOINT REQUEST FOR LEAVE TO APPEAR BY ZOOM OR TELEPHONE**<br><br>Judge: Hon. Mag. Thomas S. Hixson<br>Place: Courtroom E, 15th Floor, San Francisco<br>Date: November 19, 2026<br>Time: 10:00 a.m. |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff, Ecological Rights Foundation ("Plaintiff" or "EcoRights") and Defendant, United States Fish and Wildlife Service ("Defendant" or "FWS"), jointly submit this request for leave to appear by zoom or telephone at the case management conference set to be heard before the Honorable Magistrate Judge Thomas S. Hixson on November 19, 2026, at 10:00 a.m., in Courtroom E.

DATED: November 16, 2026

Respectfully submitted,

*/s/ Christopher Sproul*
Christopher Sproul
Attorneys for Plaintiff, Ecological Rights Foundation

*/s/ Jevechius D. Bernardoni*
JEVECHIUS D. BERNARDONI
Assistant United States Attorney
Attorneys for Defendant

** In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ECOLOGICAL RIGHTS FOUNDATION, a non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES FISH AND WILDLFIE SERVICE,<br><br>Defendant. | Civil Case Nos. 26-cv-3061-TSH, 26-cv-7858-TSH<br><br>**[PROPOSED] ORDER GRANTING JOINT REQUEST FOR LEAVE TO APPEAR BY ZOOM OR TELEPHONE**<br><br>Judge: Hon. Mag. Thomas S. Hixson<br>Place: Courtroom E, 15th Floor, San Francisco<br>Date: November 19, 2026<br>Time: 10:00 a.m. |

The Court is in receipt of the joint request submitted by Plaintiff, Ecological Rights Foundation ("Plaintiff" or "EcoRights") and Defendant, United States Fish and Wildlife Service ("Defendant" or "FWS"), for leave to appear by zoom or telephone at the case management conference set to be heard before the Honorable Magistrate Judge Thomas S. Hixson on November 19, 2026, at 10:00 a.m., in Courtroom E. The Court hereby GRANTS the parties' joint request. The courtroom deputy shall email counsel with instructions on how to participate in the zoom or telephonic remote hearing.

**IT IS SO ORDERED.**

DATED: ________________, 2026

______________________________

THOMAS S. HIXSON
United States Magistrate Judge

